IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEUTSCHE BANK NATIONAL
TRUST COMPANY,
Plaintiff,

v.

JAMES R. HILLMER,
LORETTA M. HILLMER,
and HUNTINGTON PLACE
HOMEOWNERS ASSOCIATION, INC.,
Defendants.                                        No. 10 - CV - 00815 DRH

## ORDER

**HERNDON, Chief Judge:**

Plaintiff has filed a notice of dismissal pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) (Doc. 11). Plaintiff states that the parties have reached a loan-modification agreement, so it wishes to dismiss without prejudice its complaint seeking foreclosure of a mortgage. The defendants have not yet filed an answer or motion for summary judgment in this matter. FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) provides, "[t]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Because defendants have not served an answer or motion for summary judgment, dismissal as of right pursuant to RULE 41(a)(1)(A)(i) is proper.

The Court hereby **ACKNOWLEDGES** plaintiff's notice of dismissal (Doc. 11) and orders this case be **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Signed this 29th day of March, 2011.

Digitally signed by
David R. Herndon
Date: 2011.03.29
16:41:58 -05'00'

**Chief Judge**
**United States District Court**